UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MARY E. ALLEN, et al.,**

    Plaintiffs,

                                                 3:10-CV-00142/MCR-CJK

v.

**SCHOOL BOARD FOR SANTA
ROSA COUNTY, FLORIDA, et al.,**

    Defendants.

_____/

## PARTIES' JOINTLY PROPOSED DISCOVERY PLAN

In accordance with the Court's Notice of Discovery Conference (Doc. 119), the Parties provide the following information:

I. **Initial Disclosures**

    a. Rule 26(a)(1) Disclosures

        1. *Allen* Plaintiffs – proposed deadline of April 22, 2011

        2. *Doe* Plaintiffs – proposed deadline of April 15, 2011

        3. Defendants – proposed deadline of April 18, 2011

    b. Rule 26(a)(1)(A)(iii) – Parties agree to postpone disclosures regarding damages until the determination of liability.

    c. Rule 26(a)(2)(A) Disclosures – None of the Parties anticipate introducing expert witness testimony. In the event that an expert witness is to be used, the Parties agree to a disclosure deadline of April 22, 2011, with a twenty-one (21) day rebuttal witness disclosure deadline, if any.

    d. Supplemental disclosures should be made as soon as reasonably possible after the Parties become aware of the need to supplement.

II. **Deadline to Respond to Written Discovery**

   a. <u>*Allen* Plaintiffs</u> – propose fourteen (14) day response deadline. When requested, a party shall reasonably grant an additional 7 days extension without leave of court, provided that extension would not interfere with a deposition, discovery cut-off or trial.

   b. <u>*Doe* Plaintiffs</u> – propose fourteen (14) day response deadline. When requested, a party shall agree to an additional 5 days for good cause (i.e., unanticipated or intervening cause) without leave of court. Should additional time be requested by a party or the parties disagree as to whether good cause exists, the party responding to discovery shall seek leave of court for an extension.

   c. <u>Defendants</u> – propose fourteen (14) day response deadline. An additional 5 days with good cause shown may be granted as ordered by the Magistrate Judge.

III. **Depositions**

   a. Number/Length

      1. <u>*Allen* Plaintiffs</u> – propose no limits on the number of depositions but limiting the deposition hours to seventy (70) by the *Allen* Plaintiffs, and seventy (70) by the *Doe* Parties and Defendants for a total of one-hundred forty (140) hours of depositions.

      2. <u>*Doe* Plaintiffs</u> – propose limiting the total hours of depositions for each party-group (*Allen* Plaintiffs, *Doe* Plaintiffs, and Defendants) to seventy-five (75) hours, exclusive of the time used to depose the *Allen* Plaintiffs. Any party may move upon a showing of good cause for an increase in the maximum time for depositions of non-*Allen* Plaintiffs.

3. <u>Defendants</u> – propose limiting the total hours of depositions for each party-group (*Allen* Plaintiffs, *Doe* Plaintiffs, and Defendants) to seventy-five (75) hours, exclusive of the time used to depose the *Allen* Plaintiffs. Any party may move upon a showing of good cause for an increase in the maximum time for depositions of non-*Allen* Plaintiffs.

b. Combination of Deposition Limitations

1. <u>*Allen* Plaintiffs</u> – propose that the *Doe* Plaintiffs and Defendants share in any limitations on the number or length of depositions.
2. <u>*Doe* Plaintiffs</u> – propose that each party group (*Allen* Plaintiffs, *Doe* Plaintiffs, and Defendants) be permitted the same number of depositions or same number of total hours allowed as the other party groups.
3. <u>Defendants</u> – propose that each party group (*Allen* Plaintiffs, *Doe* Plaintiffs, and Defendants) be permitted the same number of depositions or same number of total hours allowed as the other party groups.

c. Scheduling – the Parties have discussed tentative dates for taking depositions and dates for specific depositions have been requested, but no depositions have been scheduled to date.

IV. **Response Time for Motions for Protective of Order and Motions to Compel**

a. <u>*Allen* Plaintiffs</u> – propose 7 day response deadline.
b. <u>*Doe* Plaintiffs</u> – propose 3 day response deadline.
c. <u>Defendants</u> – propose 5 day response deadline.

V. **Discovery Deadline** – Parties agree to discovery cutoff date of June 27, 2011.

VI. **Trial Date** – Parties agree to a trial date of July 7, 2011 and anticipate a ten (10) day trial.

Dated this 12th day of April, 2011.

Respectfully submitted,

/s/ Horatio G. Mihet
**HORATIO G. MIHET**
Florida Bar Number: 026581
E-mail: court@lc.org

**LIBERTY COUNSEL**
PO Box 540774
Orlando, FL 32854
Telephone: (800) 671-1776
Facsimile: (407) 875-0770

**COUNSEL FOR *ALLEN* PLAINTIFFS**


/s/ Benjamin J. Stevenson
**BENJAMIN J. STEVENSON**
Florida Bar Number: 598909
E-mail: bstevenson@aclufl.org
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF FLORIDA**
PO Box 12723
Pensacola, Fl 32591
Telephone: (786) 363-2738
Facsimile: (786) 363-1985

**COUNSEL FOR *DOE* PLAINTIFFS**

/s/Robert J. Sniffen
**ROBERT J. SNIFFEN**
Florida Bar Number: 0000795
E-Mail: rsniffen@sniffenlaw.com

/s/ Michael P. Spellman
**MICHAEL P. SPELLMAN**
Florida Bar Number: 0010212
E-Mail: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004


and

/s/ Paul Green
**PAUL GREEN**
Florida Bar Number: 127448
E-Mail: paulg1229@bellsouth.net
**JOHNSON, GREEN & HARGRAVES, P.A.**
5185 Elmira Street
Milton, Florida 32570
Telephone: (850) 623-3841
Facsimile: (850) 623-3555

**COUNSEL FOR DEFENDANTS**